1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT STONE, | ) | 1:05cv1268 OWW DLB |
| | ) | |
| | ) | ORDER DISCHARGING ORDER TO |
| | ) | SHOW CAUSE AND GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 13) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 5, 2005, Plaintiff filed the present action in this Court.  On June 9, 2006, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

On June 13, 2006, Plaintiff filed a response the order to show cause.  He explained that he did not file an opening brief because he had not received Defendant's response to his March 23, 2006, confidential letter brief.  Plaintiff contacted Defendant and the parties discovered that Plaintiff did not receive Defendant's April 28, 2006, response because of an error in the fax transmission.

1

1  Neither Plaintiff nor Defendant knew there was a problem until the Court issued the order to show

2  cause issued.

3      Plaintiff has since received Defendant's response and requests additional time to file his

4  opening brief.  The order to show cause is therefore DISCHARGED and Plaintiff is GRANTED an

5  additional thirty (30) days from the date of service of this order within which to file his opening

6  brief.

7

8      IT IS SO ORDERED.

9      **Dated:    June 15, 2006**                    _____ **/s/ Dennis L. Beck**_____
    3b142a                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                      2