ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| DELBERT STONE, | |
| | CASE NO: CIV-F 05-1268 DLB |
| Plaintiff, | |
| vs | STIPULATION and ORDER |
| | to |
| COMMISSIONER of | EXTEND TIME |
| SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from July 15, 2006 to August 14, 2006.

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief since the Court's Order

discharging the Order to Show Cause and granting extension of time dated June 15, 2006.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   July 11, 2006             ROBERT D. CHRISTENSON
                                   Attorney for Plaintiff


Dated:   July 11, 2006             **McGREGOR W. SCOTT**
                                   United States Attorney

                                   /s/ Kimberly A. Gaab
                                   _____
                                   **KIMBERLY A. GAAB**
                                   Assistant U.S. Attorney

    IT IS SO ORDERED.

    Dated:   **July 11, 2006**             **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE